

COLLECTION BUREAU OF THE HUDSON VALLEY, INC.

| CBHV Reference #: | Balance Due: |
|---|---|
| ▮2379 | $387.11 |

**DATE:** 08/24/17

Please write your CBHV Reference # on your check.

Change of Address ☐

(fill out on reverse side)

1 MB   *A-01-MOB-AM-02858-10

━━━ Please send correspondence to this address. ━━━

CAROLYN MCKEOWN
197 NINA ST
HOLBROOK NY 11741-4609



CBHV
PO BOX 831
NEWBURGH NY 12551-0831

▲   **DETACH HERE**   ▲

Dear CAROLYN MCKEOWN:

This past due account has been placed for collection.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt, or any portion thereof, this office will assume this debt is valid.  If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt, or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification.  If you request of this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

Please see reverse side for important information.

| Creditor | Account Number | CBHV Reference # | Transaction Date | Balance Due |
|---|---|---|---|---|
| OPTIMUM. | ▮068-6 | ▮2379 | 07/18/17 | $387.11 |



**Phone or Web Payment**

For inquiries or to make a payment by phone, please call
MR STEWART at (888) 913-7489 or (201) 350-8767.
To make a secure payment online, please visit
www.cbhv.com/make-online-payment



**Collection Bureau of the Hudson Valley, Inc. - Address and Office Hours (Eastern Time):**

PO Box 831 • 155 North Plank Road • Newburgh, NY 12550
Monday through Thursday: 8:30 AM – 9:00 PM • Friday: 8:30 AM – 5:00 PM • Saturday: 8:30 AM – 12:30 PM
Phone: (845) 561-6880 • (800) 745-1395 • Fax: (845) 913-7403

*Member of ACA International Since 1975*

**IF ANY OF THE FOLLOWING INFORMATION HAS CHANGED, PLEASE INDICATE AND RETURN**

Your name: _____  Home Phone _____

Street: _____  Business Phone _____

City: _____  State _____ Zip _____

Employer _____

Method of Payment (check one)  Insurance Co. _____

Check Enclosed _____ Visa _____  Address _____

MasterCard _____  Group # _____ ID# _____

Acct # _____  Effective Date: _____

Expiration Date: _____/_____  Subscriber: _____

Charge Amount: _____  Subscriber SS#: _____

Signature _____

**New York City**
New York City Department of Consumer Affairs License Number: 0905924

There is a $20.00 fee for returned checks.

**THIS IS AN ATTEMPT TO COLLECT A DEBT BY A DEBT COLLECTOR AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**



COLLECTION BUREAU OF THE HUDSON VALLEY, INC.

| CBHV Reference #: | Balance Due: |
|---|---|
| 172261100 | $400.13 |

**DATE:** 08/16/17

Please write your CBHV Reference # on your check.

Change of Address ☐

(fill out on reverse side)

1 AB   *A-01-AV3-AM-04488-16

|||||||||||||||||||||||

KAROL ESPINAL
7 LOCUST AVE
BABYLON NY 11702-2207



━━ Please send correspondence to this address. ━━

|||||||||||||||||||||||

CBHV
PO BOX 831
NEWBURGH NY 12551-0831

▲   DETACH HERE   ▲

Dear KAROL ESPINAL:

This past due account has been placed for collection.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt, or any portion thereof, this office will assume this debt is valid.  If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt, or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification.  If you request of this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

Please see reverse side for important information.

| Creditor | Account Number | CBHV Reference # | Transaction Date | Balance Due |
|---|---|---|---|---|
| OPTIMUM. | ███562-5 | ███100 | 07/10/17 | $400.13 |



**Phone or Web Payment**

For inquiries or to make a payment by phone, please call
MR STEWART at (888) 913-7489 or (973) 721-6367.
To make a secure payment online, please visit
www.cbhv.com/make-online-payment



**Collection Bureau of the Hudson Valley, Inc. - Address and Office Hours (Eastern Time):**

PO Box 831 • 155 North Plank Road • Newburgh, NY 12550
Monday through Thursday: 8:30 AM – 9:00 PM • Friday: 8:30 AM – 5:00 PM • Saturday: 8:30 AM – 12:30 PM
Phone: (845) 561-6880 • (800) 745-1395 • Fax: (845) 913-7403

*Member of ACA International Since 1975*

IS ANY OF THE FOLLOWING HAS CHANGED, PLEASE INDICATE AND RETURN

Your name: _____   Home Phone _____

Street: _____   Business Phone _____

City: _____   State _____ Zip _____

Employer: _____

Method of Payment (check one)          Insurance Co. _____

Check Enclosed _____ Visa _____      Address _____

MasterCard _____                     Group # _____ ID# _____

Acct # _____         Effective Date: _____

Expiration Date: _____ / _____         Subscriber: _____

Charge Amount: _____ Subscriber SS#: _____

Signature _____

## New York City
New York City Department of Consumer Affairs License Number: 0905924

There is a $20.00 fee for returned checks.

**THIS IS AN ATTEMPT TO COLLECT A DEBT BY A DEBT COLLECTOR AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

| | CREDITOR | ACCOUNT NUMBER | CBHV REFERENCE # | TRANSACTION DATE |
|---|---|---|---|---|
| COLLECTION BUREAU OF THE HUDSON VALLEY, INC. | OPTIMUM. | 280-4 | 4547 | 05/09/17 |

Please send correspondence to address:

**CBHV**
PO Box 831
Newburgh NY 12551-0831

| | SERVICE BALANCE | EQUIPMENT BALANCE | TOTAL BALANCE |
|---|---|---|---|
| | $448.43 | $0.00 | $448.43 |

07/31/17

## NOTICE OF INTENT

Dear JOHANNE JOSEPH:

Our records indicate there is still a balance on this past due account. Please respond to this letter within seven days or we may take additional collection efforts.

The creditor shown above has authorized us to submit this account to the nationwide credit reporting agencies. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

Payment can be made by check, check by phone, money order, credit card, debit card, or by visiting our website at www.cbhv.com/make-online-payment.



For inquiries or to make a payment by phone, please call MR STEWART at (888) 913-7489 or (973) 721-6367



To make a secure payment online, please visit www.cbhv.com/make-online-payment



Please mail payments or correspondence to:
CBHV
PO Box 831,
Newburgh NY 12551-0831
Please write your CBHV Reference # on your check.
CBHV Reference # 4547



For equipment return locations, please visit www.cbhv.com/locations
For instructions to return by mail, please visit www.optimum.net/pages/equipmentShippingInstructions.html

**New York City**
New York City Department of Consumer Affairs License Number: 0905924

**THIS IS AN ATTEMPT TO COLLECT A DEBT BY A DEBT COLLECTOR AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

**Collection Bureau of the Hudson Valley, Inc. - Address and Office Hours (Eastern Time):**

PO Box 831 • 155 North Plank Road • Newburgh, NY 12550
Monday through Thursday: 8:30 AM – 9:00 PM • Friday: 8:30 AM – 5:00 PM • Saturday: 8:30 AM – 12:30 PM
Phone: (845) 561-6880 • (800) 745-1395 • Fax: (845) 913-7403

*Member of ACA International Since 1975*